1  Manfred P. Muecke (SBN 222893)
   **Manfred, APC**
2  600 W Broadway Ste 700
   San Diego CA 92101
3  Tel: (619) 550-4005
   Fax: (619) 550-4006
4  mmuecke@manfredapc.com

5  Michael R. Reese (SBN 206773)
   **REESE LLP**
6  100 W 93rd St, 16th Fl
   New York NY 10025
7  Tel: (212) 643-0500
   Fax: (212) 253-4272
8  mreese@reesellp.com

9  *Attorneys for Plaintiff Christopher Butler*

10

11 **SNELL & WILMER LLP**
   Howard M. Privette (SBN 137216)
12 hprivette@swlaw.com
   600 Anton Blvd., Suite 1400
13 Costa Mesa, CA 92626-7689
   Telephone: 714.427.7000
14 Facsimile: 714.427.7799

15 *Attorneys for Defendant E&E Co., Ltd.*

16

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BUTLER, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br>  v.<br><br>E & E CO., LTD.,<br><br>  Defendant. | Case No.: 8:25-00940<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

---

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. 8:25-CV-00940
4930-5780-2560

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Chrisopher Butler ("Plaintiff") and Defendant E&E Co., Ltd. ("Defendant"), by and through their designated counsel, hereby jointly stipulate that this action be hereby dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

Dated: May 7, 2025       **MANFRED, APC**

By: */s/ Manfred P. Muecke*
Manfred P. Muecke (SBN 222893)
**Manfred, APC**
600 W Broadway Ste 700
San Diego CA 92101
Tel: (619) 550-4005
Fax: (619) 550-4006
mmuecke@manfredapc.com

Michael R. Reese (SBN 206773)
**REESE LLP**
100 W 93rd St, 16th Fl
New York NY 10025
Tel: (212) 643-0500
Fax: (212) 253-4272
mreese@reesellp.com

*Attorneys for Plaintiff Christopher Butler*

Dated: May 7, 2025       **SNELL & WILMER LLP**

By: */s/ Howard M. Privette*
Howard M. Privette (SBN 137216)
hprivette@swlaw.com
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

*Attorneys for Defendant E&E Co., Ltd.*

## SIGNATURE CERTIFICATION (Local Rule 5-4.3.4)

I, Manfred P. Muecke, certify that all signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 7, 2025       By: */s/ Manfred P. Muecke*
                                    Manfred P. Muecke